IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, )<br><br>*Plaintiff,* )<br><br>v. )<br><br>MELROSE METAL PRODUCTS, INC., )<br><br>*Defendant.* ) | 1:24-cv-1767 (PTG/LRV) |

## ORDER

This matter comes before the Court on the August 15, 2025 Report and Recommendation ("R&R") from Magistrate Judge Lindsey R. Vaala regarding Plaintiff's Motion for Default Judgment (Dkt. 7) as to Defendant Melrose Metal Products, Inc. ("Defendant"). Judge Vaala advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 13 at 12. To date, no objections have been filed.

After reviewing the record and Judge Vaala's Recommendation, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Vaala set forth in the R&R (Dkt. 13). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 7) is **GRANTED**; and it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiff and against Defendant in the total amount of $1,122,243.95, plus additional interest accruing between February 28, 2025 and the satisfaction of withdrawal liability; it is further

1

**ORDERED** that Plaintiff is entitled to an award of attorney's fees in the amount of $3,247.00 and costs in the amount of $780.00.

The Clerk of Court is directed to enter judgment in favor of Plaintiff, and against Defendant, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further directed to forward a copy of this Order to all parties of record.

It is **SO ORDERED**.

***

To appeal this decision, Defendant must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendant wants to appeal. Defendant need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendant's right to appeal this decision.

Entered this 16th day of September, 2025
Alexandria, VA

Patricia Tolliver Giles
United States District Judge